IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ARATEX, LLC, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> JACK IN THE BOX, INC. and JACK IN § <br> THE BOX EASTERN DIVISION LP, § <br> § <br> Defendants, Third-Party Plaintiffs, § <br> § <br> v. § <br> § <br> ANIL S. YADAV, ATOUR EYVAZIAN, § <br> VANDANA YADAV, SAN-TEX § <br> RESTAURANTS, INC., and SUNOCO, LLC § <br> § <br> Third-Party Defendants. § | Case No. 5:20-cv-00809-XR |

**JOINT NOTICE OF PENDING SETTLEMENT
AND MOTION TO STAY ALL DEADLINES**

TO THE HONORABLE COURT:

Plaintiff Aratex, LLC ("Aratex"); defendants Jack in the Box, Inc. and Jack in the Box Eastern Division LP, and intervenor Different Rules, LLC (all, collectively, "JIB"); third-party defendants Anil S. Yadav, Atour Eyvazian, Vandana Yadav, and San-Tex Restaurants, Inc. (collectively, "San-Tex"); third-party defendant Sunoco, LLC, as successor in interest to Susser Petroleum Operating Company, LLC ("Sunoco"); and third-party defendants Four Patriots, LLC, Shama Mithana, Rahim Kachchhi, and Mohamad Mithana (collectively, "Four Patriots"), pursuant to the Court's Amended Scheduling Order [Dkt. 63], respectfully submit this Joint Notice of Pending Settlement and Motion to Stay All Deadlines and would respectfully show as follows:

1.       The Court entered the Amended Scheduling Order in this matter on June 21, 2021. [Dkt. 63] The Amended Scheduling Order requires notification to the Court if settlement is reached.

2.       The parties have reached a settlement in principle in this matter, pending the agreement to the form of final settlement agreement.  Given the number of parties to this dispute, however, finalizing the settlement agreement may take some time.

3.       The parties, therefore, request the Court stay all pending deadlines and remove this matter from its trial docket, pending final settlement between the parties and, after such, formal dismissal of this lawsuit.

WHEREFORE, PREMISES CONSIDERED, the Parties respectfully provide this Joint Notice of Pending Settlement and pray that the Court grant this Joint Motion to Stay All Deadlines and enter the proposed order submitted herewith, and that the Court grant the Parties any such further relief to which they may be justly entitled.

Date:  October 11, 2021 　　　　　　　　Respectfully submitted,

| | |
|---|---|
| */s/ Forrest M. "Teo" Seger III* | */s/ Brant C. Martin* |
| **FORREST M. "TEO" SEGER III** | Brant C. Martin |
| Texas Bar No. 24070587 | Attorney-in-charge |
| tseger@clarkhill.com | State Bar No. 24002529 |
| | brant.martin@wickphillips.com |
| **CLARK HILL PLC** | Charles C. Keeble, Jr. |
| 2301 Broadway St. | *Pro hac vice admitted* |
| San Antonio, Texas 78215-1157 | State Bar No. 1115010 |
| (210) 250-6000 | charles.keeble@wickphillips.com |
| (210) 250-6100 (Fax) | |
| | **WICK PHILLIPS GOULD & MARTIN, LLP** |
| **ATTORNEYS FOR PLAINTFF ARATEX, LLC** | 100 Throckmorton Street, Suite 1500 |
| | Fort Worth, Texas 76102 |
| | Telephone: (817) 332-7788 |
| | Facsimile: (817) 332-7789 |
| | |
| | **ATTORNEYS FOR DEFENDANTS** |
| | |
| */s/ William J. Eggleston, IV* | */s/ Lauren A. Valkenaar* |
| David W. Smith | Lauren A. Valkenaar |
| State Bar No. 24027868 | Texas Bar No. 24088570 |
| dws@egglestonbriscoe.com | Greta S. McFarling |
| William J. Eggleston, IV | Texas Bar No. 24051024 |
| State Bar No. 24063853 | Adrianna L. Jimenez |
| Federal Bar No. 3016881 | Texas Bar No. 24110050 |
| will@egglestonbriscoe.com | |
| | **CHASNOFF MUNGIA VALKENAAR PEPPING & STRIBLING, LLP** |
| **EGGLESTON & BRISCOE, LLP** | 1020 N.E. Loop 410, Suite 150 |
| 4800 Three Allen Center | San Antonio, Texas 78209 |
| 333 Clay Street | Telephone: 210-469-4155 |
| Houston, Texas 77002 | Facsimile: 210-855-9696 |
| 713.659.5100 | Email: lvalkenaar@chasnoffstribling.com |
| 713.951.9920 – fax | Email: gmcfarling@chasnoffstribling.com |
| | Email: ajimenez@chasnoffstribling.com |
| **ATTORNEYS FOR THIRD-PARTY DEFENDANTS ANIL S. YADAV, ATOUR EYVAZIAN, VANDANA YADAV, AND SAN-TEX RESTAURANTS, INC.** | **COUNSEL FOR THIRD-PARTY DEFENDANT SUNOCO, LLC AS SUCCESSOR IN INTEREST TO SUSSER PETROLEUM OPERATING COMPANY, LLC** |

_/s/ signature_
**WILLIAM J. CLAY**
State Bar No. 04332425
**VANESSA MARTINEZ**
State Bar No. 24096987
**KIRK D. WILLIS**
State Bar No. 21648500

**THE WILLIS LAW GROUP**
1985 Forest Lane
Garland, Texas 75042
Tel: (214) 736-9433
Fax: (214) 736-9994
**E-Service:** service@thewillislawgroup.com

**ATTORNEYS FOR THIRD-PARTY DEFENDANTS, FOUR PATRIOTS, LLC, SHAMA MITHANA, RAHIM KACHCHHI, AND MOHAMAD MITHAN**

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2021, a true and correct copy of the foregoing *Joint Notice of Pending Settlement and Motion to Stay All Deadlines* was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Charles C. Keeble, Jr.        charles.keeble@wickphillips.com
Brant C. Martin               brant.martin@wickphillips.com
Wick Phillips Gould & Martin, LLP
100 Throckmorton Street, Suite 1500
Fort Worth, Texas 76102
*Attorneys for Defendants, Jack in the Box, Inc.
And Jack in the Box Eastern Division, LP*

Lauren A. Valkenaar           lvalkenaar@chasnoffstribling.com
Greta S. McFarling            gmcfarling@chasnoffstribling.com
Adrianna L. Jimenez           ajimenez@chasnoffstribling.com
Chasnoff Mungia Valkenaar Pepping & Stribling, LLP
1020 N.E. Loop 410, Suite 150
San Antonio, Texas 78209
*Attorney for Third-Party Defendant, Sunoco, LLC
as successor in interest to Susser Petroleum Operating Company, LLC*


| | |
|---|---|
| William J. Eggleston, IV | will@egglestonbriscoe.com |
| Eggleston & Briscoe, LLP | |
| 4800 Three Allen Center | |
| 333 Clay Street | |
| Houston, Texas 77002 | |

*Attorney for Third-Party Defendants, Anil S. Yadav, Atour Eyvazian, Vandana Yadav, and San-Tex Restaurants, Inc.*

| | |
|---|---|
| William J. Clay | service@thewillislawgroup.com |
| Carin "CJ" Evans | service@thewillislawgroup.com |
| Kirk D. Willis | service@thewillislawgroup.com |
| The Willis Law Group | |
| 1985 Forest Lane | |
| Garland, Texas 75042 | |

*Attorneys for Third-Party Defendants, Four Patriots, LLC, Shama Mithana, Rahim Kachchhi, and Mohamad Mithana*

                                         */s/ Forrest M. "Teo" Seger III*
                                         Forrest M. "Teo" Seger III